UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL PATRICK YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY MUNICIPAL JUSTICE COURTS; STEIN FORENSIC HOSPITAL,<br><br>Defendants. | Case No. 2:25-cv-00352-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Initiating Documents. ECF No. 1. Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis* ("IFP"), one of which is necessary to commence a civil action in federal court. Further, to file a civil rights lawsuit in the District of Nevada, Plaintiff must use the Court's approved form to do so. Local Rule LSR 2-1.

Accordingly, IT IS HEREBY ORDERED that no later than **May 6, 2025** Plaintiff **must** either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* together with a Complaint on the Court's approved form.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the form Complaint and instructions for completing both.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

Dated this 8th day of April, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE